UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) NO. 2:19CR10-PPS/JPK |
| VARQUISE LAMAR JOHNSON, | ) |
| Defendant. | ) |

## ORDER

This matter is before me on the findings and recommendation of Magistrate Judge Joshua P. Kolar relating to defendant Varquise Lamar Johnson's agreement to enter a plea of guilty to Count 1 of the Superseding Indictment, pursuant to Rule 11 of the Federal Rules of Criminal Procedure. [DE 42.] Following a hearing on the record on April 23, 2021 [DE 46], Judge Kolar found that defendant understands the charges, his rights, and the maximum penalties; that defendant is competent to plead guilty; that there is a factual basis for defendant's plea; and that the defendant knowingly and voluntarily entered into his agreement to enter a plea of guilty. Judge Kolar recommends that the Court accept defendant's plea of guilty and proceed to impose sentence. Neither party has filed a timely objection to Judge Kolar's findings and recommendation.

ACCORDINGLY:

Having reviewed the Magistrate Judge's findings and recommendation concerning defendant Varquise Lamar Johnson's plea of guilty, to which no objection

has been filed, the Court hereby ADOPTS the findings and recommendation [DE 46] in their entirety.

Defendant Varquise Lamar Johnson is adjudged GUILTY of Count 1 of the Superseding Indictment.

The sentencing hearing is set for July 22, 2021 at 1:00 p.m. Hammond/Central time.

SO ORDERED.

ENTERED: May 10, 2021.

    /s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT